☐ Supreme Court ☐ Court of Appeals ☐ Denver Juvenile Court
☐ Denver Probate Court ☐ County Court ☒ District Court
District of _____ County, Colorado New Mexico
Court Address: 333 Lomas N.W., Ste 270, Albuquerque

Plaintiff(s)/Petitioner(s): Marcos Pedraza Pascual

v.

Defendant(s)/Respondent(s): Sara "Justice" Rivas

Attorney or Party Without Attorney (Name and Address):

Phone Number:
FAX Number:
E-mail:
Atty. Reg. #:

▲ **COURT USE ONLY** ▲

Case Number: **24cv31-KG-KBM**

Division _____ Courtroom _____

**MOTION TO** Brief of intent to legal Action.

For the following reasons: (cite any applicable law)

(1) Sara "Justice" Rivas said she was pregnant while "Rocking the bubble" meaning smoking crystal meth during pregnancy I got evidence of her saying "Don't worry about it" Plus witnesses' testimonies saying they saw her "Cheating mour" Vacation at Embassador Hotel"

I request the Court to: I recommend "Mercy Home for Boys and Girls" - Chicago Start on social services investigation and know that the scars in her stomach are not c-section but "Dope-mark-scars" I need a protection order. Investigate Identity theft at the Albuquerque, VA

Dated: this 29th Day of December 2023    Marcos Pedraza Pascual
☒ Petitioner/Plaintiff OR ☐ Respondent/Defendant

#861766 P.O. Box 1108
Address
Denver, CO 80201
City, State and Zip Code
720-716-1443  moonshinemarcos@icloud.com
Telephone Number (Home)      (Work)

**CERTIFICATE OF MAILING**

I certify that on _____ (date) the original of this Motion was filed with the Court; and a true and accurate copy of this **MOTION TO** _____ was served on the other party(ies) by placing it in the United States mail, postage pre-paid and addressed to the following: _____

_____
_____
_____
_____

☐ Petitioner/Plaintiff  OR  ☐ Respondent/Defendant

JDF 76  5/02   MOTION TO

Marcos Redvnosa Scval #861266
Denver Sheriff Department
P.O. Box 1108
Denver, CO 80201

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 08 2024

MITCHELL R. ELFERS
CLERK

Legal Mail

Clerk of the Court
333 Lomas N.W. Ste 270
Albuquerque NM 87102



US POSTAGE ᴵᴹᴵ PITNEY BOWES
ZIP 80204 $ 000.63⁰
02 4W
0000345735 JAN 03 2024